IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

JUN 02 2020

Clerk, U.S Courts
District Of Montana
Missoula Division

| UNITED STATES OF AMERICA, | CR 19–46–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | NUNC PRO TUNC ORDER |
| BRIANNA NICOLE SPARLING, | |
| Defendant. | |

Before the Court is the Unopposed Motion for Government Counsel to Appear by Phone for Hearing. (Doc. 43.)

IT IS ORDERED that the motion (Doc. 43) is GRANTED. The government may appear telephonically at the Sentencing Hearing on Friday, June 5, 2020.

DATED this 2nd day of June, 2020.

Dana L. Christensen, District Judge
United States District Court

1